IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CAROL RODRIGUEZ, § § § Plaintiff, § § vs. § TOYOTA MOTOR MGF TEXAS, § § Defendant. § § § § | CIVIL ACTION NO. 5:20-CV-1432 JURY DEMANDED |

### PARTIES' STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the Parties, Carol Rodriguez ("Plaintiff") and Toyota Motor MGF Texas[1] ("Defendant"), hereby agree and stipulate as follows:

1. Plaintiff and Defendant are parties to a binding and enforceable arbitration agreement (the "One Toyota Arbitration Agreement"), a true and correct copy of which is attached hereto as **Exhibit A**.[2]

2. The One Toyota Arbitration Agreement applies to all of the claims and allegations which have been brought by Plaintiff against Defendant in this matter; accordingly, this matter is subject in its entirety to resolution exclusively through mandatory arbitration under the terms of the One Toyota Arbitration Agreement.

---

[1] Defendant is incorrectly identified in Plaintiff's Original Complaint as "Toyota Motor MGF Texas, Inc." The correct name of Defendant is "Toyota Motor Manufacturing, Texas, Inc."

[2] Upon the commencement of her employment with Defendant, Plaintiff also signed an Employee Arbitration Agreement, agreeing to submit any and all claims, disputes or controversies arising out of, or relating to, her employment with Defendant to binding arbitration. *See* Employee Arbitration Agreement, attached as **Exhibit B**.

3. For these reasons, and absent informal resolution of Plaintiff's claims, the Parties agree that all claims and allegations in this litigation should be submitted to arbitration in accordance with the terms of the One Toyota Arbitration Agreement attached as Exhibit A.

4. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby agree and stipulate that all claims, allegations and proceedings in this lawsuit shall be dismissed with prejudice except as to Plaintiff's ability to pursue such allegations and claims through binding arbitration in accordance with the One Toyota Arbitration Agreement. The Parties intend that this dismissal be effective immediately without further court order, as described in Rule 41(a)(1)(A) and other authority. *See e.g., Ramming v. Natural Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n. 1 (5th Cir. 2004); *Meinecke v. H&R Block of Houston*, 66 F. 3d 77, 82 (5th Cir. 1995) ("According to [Rule 41(a)(i)(A)(ii)], such stipulations take effect when *filed* and do not require an order of the court.") (emphasis in original). The Parties further stipulate that they shall bear their own costs, fees, and expenses.

We, the undersigned Parties to this action, declare that this Stipulation is both consensual and mutual and that the Parties have entered into this Stipulation knowingly, voluntarily, and willingly.

Date:   March 10, 2021

Stipulation of Dismissal – Page 2

Respectfully submitted,

Respectfully submitted,

| | |
|---|---|
| */s/ Alfonso Kennard, Jr.* | */s/ Ethel Johnson* |
| Alfonso Kennard, Jr. | Ethel Johnson |
| Texas Bar No. 10714050 | Texas Bar No. 10714050 |
| Alfonso.kennard@kennardlaw.com | Ethel.johnson@morganlewis.com |
| **KENNARD LAW P.C.** | **MORGAN, LEWIS & BOCKIUS LLP** |
| 2603 Augusta Dr., Suite 1450 | 1000 Louisiana Street, Suite 4000 |
| Houston, TX 77057 | Houston, Texas 77002 |
| *Telephone: 713.742.0900* | *Telephone: 713.890.5000* |
| *Facsimile: 713.742.0951* | *Facsimile: 713.890.5001* |

*Attorney for Plaintiff*

*/s/ Lauren West*
Lauren West
Texas State Bar No. 24070831
Lauren.west@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1717 Main Street, Suite 3200
Dallas, Texas 75204
*Telephone: 214.466.4000*
*Facsimile: 214.466.4001*

*Attorneys for Defendant*